THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO DI VITO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. Motion to resettle order denied. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *ante*, p. 757.]

HARRY STONE, Respondent, v. WHITE INDUSTRIES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.

In the Matter of the Estate of TORQUATO D. BILOTTA, Deceased. FRANK BILOTTA, Appellant; MARIE FIORE et al., Respondents, et al., Objectants. — Appeal by the petitioner from a decree of the Surrogate's Court, Kings County, which directed the issuance of letters of administration to respondent Marie Fiore and declared that she and the deceased entered into a common-law marriage and that the other respondents are his legitimate children. Decree unanimously affirmed, with costs to the respondents, payable out of the estate. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of the Adoption of JAMES G. GREENFIELD, an Infant. HAROLD J. LEADER et al., Appellants; ROBERT GREENFIELD, Respondent.— Order of the Surrogate's Court of Suffolk County denying an application for adoption reversed on the law, without costs, and the matter remitted to the said court for decision on the merits, as provided by section 114 of the Domestic Relations Law. While the divorced parent's consent to the adoption may not be required (Domestic Relations Law, § 111), the Surrogate may direct that notice of the application be served upon him (Domestic Relations Law, § 112, subd. 6). The divorced parent may upon the hearing of such application acquaint the Surrogate with such information the parent may have as will aid the Surrogate in determining whether the moral and temporal interests of the foster child will be promoted by the adoption. Under the facts in this case, whether or not the divorced parent abandoned the child is of no consequence. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

ALFRED M. JACOBS et al., Appellants, v. RAYWIN REALTY CORP., Respondent. —In an action to recover damages for breach of alleged contracts to make repairs to a dwelling, judgment dismissing the complaint on the merits after trial unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.